COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| Joshua Lutrell, Andrew Davis, Moises Roman, Joe Rodriguez; and on behalf of all other persons similarly situated, | § | No. 08-16-00090-CV |
| | § | Appeal from the |
| Appellants', | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| El Paso County, et al., | § | (TC# 2014DCV3070) |
| Appellee. | § | |

## O R D E R

The Court GRANTS the Appellants' third motion for extension of time within which to file the brief until **November 9, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellants' attorney, prepare the Appellants' brief and forward the same to this Court on or before November 9, 2016.

IT IS SO ORDERED this 13th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.